| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | |
| 5 | BENJAMIN P. TOLKOFF (NYB 4294443)<br>Assistant United States Attorney |
| 6 | |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California  94102<br>Telephone:     (415) 436-7296 |
| 8 | Facsimile:     (415) 436-7234<br>Benjamin.Tolkoff@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 09-0516 (WHA) |
| Plaintiff, | ) ) | STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXCLUDING TIME UNDER FED. R. CRIM. |
| v. | ) ) | 18 U.S.C. § 3161 |
| PAUL D. RICKETT, | ) ) | |
| Defendant. | ) ) | |

On May 19, 2009, the parties in this case appeared before the Court for an initial appearance.  At that time, the parties requested, and the Court agreed, to continue this matter for a status conference, on June 2, 2009.   The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the reasonable time necessary for continuity of counsel and effective preparation.  18 U.S.C. §

STIP. & [PROPOSED] ORDER EXCL. TIME
RICKETT; CR 09-0516 (WHA)    1

3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 11, 2009              /s/
BENJAMIN P. TOLKOFF
Assistant United States Attorney

DATED: May 11, 2009              /s/
DANIEL BLANK
Attorney for PAUL RICKETT

    For the reasons stated above, the Court finds that the continuation of this matter from May 19, 2009, to June 2, 2009, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: May 20, 2009

IT IS SO ORDERED
Judge William Alsup

THE HONORABLE WILLIAM H. ALSUP
United States District Court Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
RICKETT; CR 09-0516 (WHA)

2